## PEOPLE ex rel. MAY v. BINGHAM, Police Com'r.

(Supreme Court, Appellate Division, First Department. January 15, 1909.)

Appeal from Trial Term, New York County.

Petition by the People, on the relation of George G. May, for a writ of mandamus against Theodore A. Bingham, as Police Commissioner of the City of New York. From an order denying the writ, relator appeals. Affirmed.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

J. G. MacMahon, for appellant.
T. Connoly, for respondent.

PER CURIAM. This appeal presents the same questions as those considered and decided in People ex rel. Murphy v. Bingham (argued and decided herewith) 114 N. Y. Supp. 702, and on the authority of the opinion in that case the order denying the writ is affirmed, with $10 costs and disbursements.